IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO RUBI PEREZ,<br><br>Defendant. | 4:21-CR-3055<br><br>ORDER |

The defendant's retained counsel has moved to withdraw, and the defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

IT IS ORDERED:

1. Counsel's motion to withdraw (filing 40) is granted.

2. The defendant's previously appointed counsel, Toni M. Leija-Wilson of the Federal Public Defender's Office, is reappointed, and shall promptly enter an appearance as counsel for the above-named defendant.

Dated this 10th day of February, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge